**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  13-CR-00508-WJM-DW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  HERMILIO HURTADO-FLORES,**

**Defendant.**

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Due to the unavailability of defense counsel,

**IT IS HEREBY ORDERED** that the Arraignment in this matter is **RESCHEDULED to January 21, 2014 at 2:30 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: January 16, 2014.**

BY THE COURT:

**s/David L. West
United States Magistrate Judge**